UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60145-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**SAMAN CALA GIMENEZ,**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON CHANGE OF PLEA [ECF NO. 46]**

THIS CAUSE came before the Court on Magistrate Judge Detra Shaw-Wilder's Report and Recommendation on Change of Plea, entered on January 22, 2026 [ECF No. 46]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 46] is AFFIRMED AND ADOPTED**. Defendant, Saman Cala Gimenez's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 1 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 28th day of January, 2026.

                                                              **MELISSA DAMIAN**
                                                               **UNITED STATES DISTRICT JUDGE**

cc: counsel of record
    Magistrate Judge Detra Shaw-Wilder